AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Philip J. Ashley | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   18-cv-0574 (KBJ) |
| Emily Webster Murphy, in her official capacity | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Philip J. Ashley                                                                                                         .

Date:   03/19/2018

/s/ Andrew Soukup
*Attorney's signature*

Andrew Soukup, D.C. Bar No. 995101
*Printed name and bar number*

Covington & Burling LLP
850 Tenth Street, NW
Washington, DC 20001-4956
*Address*

asoukup@cov.com
*E-mail address*

(202) 662-5066
*Telephone number*

(202) 778-5066
*FAX number*