UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Philip J. Ashley

**Plaintiff**

vs.    Case No: 1:18-cv-00574-KBJ

Emily W. Murphy, in her official capacity as Administrator of the General Services Administration

**Defendant**

## AFFIDAVIT OF SERVICE

I, Vance M. Warren, Sr., a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons in a Civil Action and Complaint and Jury Demand with Attachments in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 03/20/2018 at 11:35 AM, I served Jefferson B. Sessions III, United States Office of the Attorney General with the Summons in a Civil Action and Complaint and Jury Demand with Attachments at U.S. Department of Justice, 950 Pennsylvania Avenue NW, Washington, DC 20530 by serving Ronnie Dubose, Agent, authorized to accept service on behalf of the United States Attorney General.

Ronnie Dubose is described herein as:

Gender: Male   Race/Skin: Black   Age: 33   Weight: 155   Height: 5'9"   Hair: Black   Glasses: No

I do solemnly declare and affirm under penalty of perjury that I have read the foregoing information set forth herein is correct to the best of my knowledge, information, and belief.

3-22-18
Executed On



Vance M. Warren, Sr.

Client Ref Number: 990999.11333
Job #: 1542158

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Philip J. Ashley | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No. 1:18-cv-00574-KBJ |
| Emily W. Murphy, in her official capacity as Administrator of the General Services Administration | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Jefferson B. Sessions III
United States Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Daniel E. Valencia (D.C. Bar No. 974818)
Covington & Burling LLP
850 Tenth Street, NW
Washington, DC 20001-4956

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: 03/16/2018                    /s/ Jean-Claude Douyon
_Signature of Clerk or Deputy Clerk_