IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILIP J. ASHLEY<br><br>*Plaintiff,*<br><br>v.<br><br>ROBIN CARNAHAN, Administrator of the GENERAL SERVICES ADMINISTRATION<br><br>*Defendant.* | Civil Action No. 18-cv-00574 (JMC) |

**PLAINTIFF PHILIP ASHLEY'S CONSENT MOTION TO MODIFY SUPPLEMENTAL BRIEFING SCHEDULE**

Plaintiff Philip Ashley respectfully moves to amend the supplemental briefing schedule entered by the Court's April 4, 2023 Minute Order and modified by the Court's May 26, 2023 Minute Order. In particular, Mr. Ashley requests a two-week extension to file his brief to respond to GSA's supplemental brief concerning *Orozco v Garland*, No. 21-5238, 2023 WL 2052723 (D.C. Cir. Feb. 17, 2023). If this motion is granted, Mr. Ashley's brief would be due June 29, 2023. Defendant has consented to the relief sought by this motion.

There is good cause to grant this extension request. Mr. Ashley requests additional time to address a lengthy 38-page brief filed by GSA that attempts to set out a new legal framework for use in all Section 508 cases and makes a host of new arguments that Mr. Ashley has not had occasion to consider. Mr. Ashley's counsel did not expect to have to respond to a lengthy brief that extends well beyond the *Orozco* decision.[1]

---

[1] From the Court's April 4, 2023, Defendant GSA had almost two whole months to complete its supplemental briefing.

Pursuant to Local Rule 7(m), the undersigned counsel for Plaintiff conferred with Defendant's counsel, who indicated that Defendant consents to the relief requested herein.

For the foregoing reasons, Mr. Ashley respectfully requests that the Court grant this consent motion to modify the supplemental briefing schedule. A proposed order is enclosed herewith.